1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  ELLIS E. EVANS,  Defendant. | Case No. 1:22-po-00266-SAB  [Citations #9073486, 9073487; CA74]  MOTION AND ORDER FOR DISMISSAL |
|---|---|

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00266-SAB [Citations #9073486, 9073487; CA74] against ELLIS E. EVANS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 19, 2023                Respectfully submitted,

                                     PHILLIP A. TALBERT
                                     United States Attorney

                              By:    /s/ *Chan Hee Chu*
                                     CHAN HEE CHU
                                     Special Assistant United States Attorney

1

U.S. v. Evans
Case No. 1:22-po-00266-SAB

# **O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00266-SAB [Citations #9073486, 9073487; CA74] against ELLIS E. EVANS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 19, 2023**

UNITED STATES MAGISTRATE JUDGE